SYRACUSE SOLAR SALT COMPANY, Respondent, *v.* ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

. *Syracuse Solar Salt Co.* v. *R., W. & O. R. R. Co.*, 43 App. Div. 203, affirmed.

(Argued October 8, 1901; decided October 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 8, 1899, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William B. Hornblower* and *William G. Tracy* for appellant.

*C. A. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, CULLEN and WERNER, JJ. Taking no part: MARTIN, J. Not sitting: VANN, J.

———————————

WYCKOFF VAN SICLEN et al., Respondents, *v.* THE JAMAICA ELECTRIC LIGHT COMPANY, Appellant.

*Van Siclen* v. *Jamaica El. L. Co.*, 45 App. Div. 1, affirmed.
(Argued October 9, 1901; decided October 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1899, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Henry A. Monfort* for appellant.

*James C. Van Siclen* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.